IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FIDEL PUGA, | § | |
| and all others similarly situated under | § | |
| 29 U.S.C. § 216(b), | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:17-CV-2517-BK |
| | § | |
| FOREVER POOLS, INC. | § | |
| d/b/a OUTDOOR LIVING POOL & PATIO | § | |
| and LANCE HILL | § | |
| Defendants. | § | |

## AGREED ORDER ON JOINT MOTION TO DISMISS

Came on for consideration this 23rd day of May, 2018, the Joint Motion to Dismiss filed by the parties, wherein the parties Move the Court to dismiss Plaintiff's claims with prejudice, with each of the parties to bear their own attorneys' fees, costs and expenses incurred in this cause, and with the Court to retain jurisdiction through September 12, 2018, to enforce the terms of the Settlement Agreement entered into by the parties. The Court, having reviewed the Motion, is of the opinion that Motion should be GRANTED.

Accordingly, it is ORDERED that Plaintiff's claims are dismissed with prejudice, with each of the parties to bear their own attorneys' fees, costs and expenses incurred in this cause, and the Court will retain jurisdiction through September 12, 2018, to enforce the terms of the Settlement Agreement entered into by the parties.

SIGNED this 23rd day of May, 2018.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

Agreed and approved as to form and for entry:

By: /s/ Robert L. Manteuffel
    Robert L. Manteuffel
Counsel for Plaintiff

And

By: /s/ William J. Brotherton (w/ permission)
    William J. Brotherton
Counsel for Defendants